UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMEOWNERS LOAN CORP., <br><br> Plaintiff, <br><br> v. <br><br> DONALD A. VALLIERE, <br> GERALDINE M. VALLIERE and <br> ALICE M. GAUDET, <br><br> Defendants. | CASE NO. 06-40042-FDS |

### [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO REOPEN CASE AND FOR NEW EXECUTION

Upon motion by Treuhold Capital Group, LLC, as the assignee of a first execution issued to Homeowners Loan Corp. on a default judgment entered against the defendants in this action, and by authority of M.G.L. c. 236, § 51;

It is hereby ORDERED that:

1. This action shall be reopened for the limited purpose of accomplishing items 2 and 3 below;

2. An order to show cause why another execution should not be issued on the default judgment entered in this case in the total amount of $183,792.32 shall be served on Donald A. Valliere, Geraldine M. Valliere, and Alice M. Gaudet, in the form attached hereto; and

3. The order to show cause shall be served on Donald A. Valliere, Geraldine M. Valliere, and Alice M. Gaudet by certified mail, return receipt requested, at each

of their last known places of abode, and in the Worcester Telegram & Gazette and in the Metrowest Daily News.

Dated: March 29, 2013

/s/ Dennis F. Saylor, IV
Dennis F. Saylor, IV
U.S. District Judge